*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Stephen L. Johnson and Margaret M. Johnson

    Debtor(s)

Case No: 19−10245−ref

Chapter: 7

---

## REAFFIRMATION HEARING NOTICE

To the debtor, the debtor's counsel, and any party in interest:

    NOTICE IS HEREBY GIVEN THAT a Reaffirmation hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider

        Pro Se Reaffirmation Agreement Between Debtor and PNC Bank, National Association

        On: 3/28/19

        At: 09:30 AM

        In: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Dated:  3/7/19

Timothy B. McGrath
Clerk of Court

15 − 14
Form 172