United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Stephen L. Johnson  
Margaret M. Johnson  
    Debtors

Case No. 19-10245-ref  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Violet     Page 1 of 1     Date Rcvd: Mar 07, 2019  
                          Form ID: 172     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2019.  
db/jdb      +Stephen L. Johnson,    Margaret M. Johnson,    142 S. 14th Street,    Easton, PA 18042-4061  
cr          +PNC Bank, National Association,    PO Box 94982,    Cleveland, OH 44101-4982

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2019                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2019 at the address(es) listed below:  
        KARINA VELTER    on behalf of Creditor    PNC Bank, National Association amps@manleydeas.com  
        LYNN E. FELDMAN    trustee.feldman@rcn.com,    lfeldman@ecf.epiqsystems.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, National Association  
         bkgroup@kmllawgroup.com  
        SCOTT M. WILHELM    on behalf of Joint Debtor Margaret M. Johnson maddid@wwgrlaw.com,  
         G27019@notify.cincompass.com  
        SCOTT M. WILHELM    on behalf of Debtor Stephen L. Johnson maddid@wwgrlaw.com,  
         G27019@notify.cincompass.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                          TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Stephen L. Johnson and Margaret M. Johnson

    Debtor(s)

Case No: 19−10245−ref

Chapter: 7

___

### REAFFIRMATION HEARING NOTICE

To the debtor, the debtor's counsel, and any party in interest:

NOTICE IS HEREBY GIVEN THAT a Reaffirmation hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider

    Pro Se Reaffirmation Agreement Between Debtor and PNC Bank, National Association

    On: 3/28/19

    At: 09:30 AM

    In: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Dated: 3/7/19

Timothy B. McGrath
Clerk of Court

15 − 14
Form 172