**AMENDED**

Fill in this information to identify your case:

Debtor 1: Stephen L. Johnson
(First Name) (Middle Name) (Last Name)

Debtor 2: Margaret M. Johnson
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 19-10245
(If known)

☑ Check if this is an amended filing

# Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|   |   | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

Priority Creditor's Name: _____

Number  Street: _____

City ____ State ____ ZIP Code ____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ____    $____   $____   $____

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify ____

**2.2**

Priority Creditor's Name: _____

Number  Street: _____

City ____ State ____ ZIP Code ____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ____    $____   $____   $____

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify ____

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 1 of 6

**AMENDED**

Debtor 1  Stephen L. Johnson
         First Name  Middle Name  Last Name

Case number (if known) 19-10245

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**4.1**
Nonpriority Creditor's Name: Bank of America
P.O. Box 15019
Wilmington, DE 19886

Last 4 digits of account number: 6863
When was the debt incurred? 2000-2019
Total claim: $20,666.94

Who incurred the debt?
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify: Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

**4.2**
Nonpriority Creditor's Name: Burmans Medical Supplies
P.O. Box 15760
Pittsburgh, PA 15244

Last 4 digits of account number: 9130
When was the debt incurred? 2017-2018
$922.14

Who incurred the debt?
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify: Medical Services

Is the claim subject to offset?
☑ No
☐ Yes

**4.3**
Nonpriority Creditor's Name: Citi Bank
P.O. Box 6004
Sioux Falls, SD 57117

Last 4 digits of account number: 3162
When was the debt incurred? 2000-2019
$7,697.96

Who incurred the debt?
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify: Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

**AMENDED**

Debtor 1  Stephen L. Johnson
          *First Name    Middle Name    Last Name*

Case number (if known) 19-10245

### Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**
- ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
- ☑ Yes

**4.** List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.4** Commenity-Boscovs
Nonpriority Creditor's Name
P.O. Box 659622
Number    Street

San Antonio    TX    78265
City    State    ZIP Code

Last 4 digits of account number 1329
When was the debt incurred? 2000-2019

$ 5,404.07

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Credit Card Debt

---

**4.5** Commenity-Boscovs
Nonpriority Creditor's Name
P.O. Box 659622
Number    Street

San Antonio    TX    78265
City    State    ZIP Code

Last 4 digits of account number 5896
When was the debt incurred? 2000-2019

$ 2,529.17

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Credit Card Debt

---

**4.6** Lafayette Amb. Bank
Nonpriority Creditor's Name
P.O. Box 790408
Number    Street

Saint Louis    MO    63179
City    State    ZIP Code

Last 4 digits of account number 5912
When was the debt incurred? 2000-2019

$ 5,903.22

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Credit Card Debt

AMENDED

Debtor 1  Stephen L. Johnson
         First Name    Middle Name    Last Name

Case number (if known) 19-10245

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   - [ ] No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - [x] Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|       | | Total claim |
|-------|-|-------------|
| **4.7** | Lafayette Amb. Bank  
Nonpriority Creditor's Name  
P.O. Box 790408  
Number  Street  
  
Saint Louis     MO    63179  
City            State  ZIP Code  
  
Who incurred the debt? Check one.  
- [ ] Debtor 1 only  
- [x] Debtor 2 only  
- [ ] Debtor 1 and Debtor 2 only  
- [ ] At least one of the debtors and another  
- [ ] Check if this claim is for a community debt  
  
Is the claim subject to offset?  
- [x] No  
- [ ] Yes  

Last 4 digits of account number 6851  
When was the debt incurred? 2000-2019  

As of the date you file, the claim is: Check all that apply.  
- [ ] Contingent  
- [ ] Unliquidated  
- [ ] Disputed  

Type of NONPRIORITY unsecured claim:  
- [ ] Student loans  
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims  
- [ ] Debts to pension or profit-sharing plans, and other similar debts  
- [x] Other. Specify Credit Card Debt | $4,026.18 |
| **4.8** | PNC  
Nonpriority Creditor's Name  
P.O. Box 1820  
Number  Street  
  
Dayton         OH    45401  
City           State  ZIP Code  
  
Who incurred the debt? Check one.  
- [x] Debtor 1 only  
- [ ] Debtor 2 only  
- [ ] Debtor 1 and Debtor 2 only  
- [ ] At least one of the debtors and another  
- [ ] Check if this claim is for a community debt  
  
Is the claim subject to offset?  
- [x] No  
- [ ] Yes  

Last 4 digits of account number 5695  
When was the debt incurred? 2000-2019  

As of the date you file, the claim is: Check all that apply.  
- [ ] Contingent  
- [ ] Unliquidated  
- [ ] Disputed  

Type of NONPRIORITY unsecured claim:  
- [ ] Student loans  
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims  
- [ ] Debts to pension or profit-sharing plans, and other similar debts  
- [x] Other. Specify Credit Card Debt | $12,500.00 |
| **4.9** | Sears  
Nonpriority Creditor's Name  
P.O. Box 6286  
Number  Street  
  
Sioux Falls    SD    57117  
City           State  ZIP Code  
  
Who incurred the debt? Check one.  
- [ ] Debtor 1 only  
- [x] Debtor 2 only  
- [ ] Debtor 1 and Debtor 2 only  
- [ ] At least one of the debtors and another  
- [ ] Check if this claim is for a community debt  
  
Is the claim subject to offset?  
- [x] No  
- [ ] Yes  

Last 4 digits of account number 6502  
When was the debt incurred? 2000-2019  

As of the date you file, the claim is: Check all that apply.  
- [ ] Contingent  
- [ ] Unliquidated  
- [ ] Disputed  

Type of NONPRIORITY unsecured claim:  
- [ ] Student loans  
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims  
- [ ] Debts to pension or profit-sharing plans, and other similar debts  
- [x] Other. Specify Credit Card Debt | $1,589.61 |

**AMENDED**

Debtor 1  Stephen L. Johnson
         First Name   Middle Name   Last Name

Case number (if known) 19-10245

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.10** Sears
Nonpriority Creditor's Name
P.O. Box 6286
Number   Street
Sioux Falls   SD   57117
City   State   ZIP Code

Last 4 digits of account number 6089
When was the debt incurred? 2000-2019

$ 354.23

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card Debt

---

Nonpriority Creditor's Name
Number   Street
City   State   ZIP Code

Last 4 digits of account number
When was the debt incurred?

$

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

---

Nonpriority Creditor's Name
Number   Street
City   State   ZIP Code

Last 4 digits of account number
When was the debt incurred?

$

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

AMENDED

Debtor 1    Stephen L. Johnson
         First Name    Middle Name    Last Name

Case number *(if known)* 19-10245

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. § 159.
Add the amounts for each type of unsecured claim.

**Total claim**

**Total claims from Part 1**

| | | |
|---|---|---|
| 6a. Domestic support obligations | 6a. | $ 0.00 |
| 6b. Taxes and certain other debts you owe the government | 6b. | $ 0.00 |
| 6c. Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
| 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. + | $ 0.00 |
| 6e. Total. Add lines 6a through 6d. | 6e. | $ 0.00 |

**Total claim**

**Total claims from Part 2**

| | | |
|---|---|---|
| 6f. Student loans | 6f. | $ 0.00 |
| 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
| 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |
| 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $ 61,593.52 |
| 6j. Total. Add lines 6f through 6i. | 6j. | $ 61,593.52 |

Official Form 106E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 6 of 6