AMENDED

Fill in this information to identify your case:

Debtor 1  **Stephen L. Johnson**
First Name / Middle Name / Last Name

Debtor 2  **Margaret M. Johnson**
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the Eastern District of Pennsylvania

Case number: 19-10245
(If known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ /s/ Stephen L. Johnson                    ✗ /s/ Margaret M. Johnson
Signature of Debtor 1                         Signature of Debtor 2

Date 03/21/2019                               Date 03/21/2019
MM / DD / YYYY                                MM / DD / YYYY