AMENDED

Bank of America
P.O. Box 15019
Wilmington, DE 19886


Burmans Medical Supplies
P.O. Box 15760
Pittsburgh, PA 15244


Citi Bank
P.O. Box 6004
Sioux Falls, SD 57117


Commenity-Boscovs
P.O. Box 659622
San Antonio, TX 78265


Lafayette Amb. Bank
P.O. Box 790408
Saint Louis, MO 63179


PNC
P.O. Box 6534
Carol Stream, IL 60197


PNC
P.O. Box 1820
Dayton, OH 45401


PNC Bank
P.O. Box 6534
Carol Stream, IL 60197


Sears
P.O. Box 6286
Sioux Falls, SD 57117


Tracy Stafnack
142 S. 14th Street
Easton, PA 18042